IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRANDY C. WILLIAMSON, as the personal representative of the Estate of Edward P. Cantrelle deceased;<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>Defendant. | **8:18CV94**<br><br>**ORDER** |

Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure 41(a)(1)(A)(ii). It is ordered that this matter is hereby dismissed without prejudice as to all claims, causes of action, and parties, with each party bearing its own attorneys' fees and costs.

Dated this 10th day of September, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge